UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE COMPANY,

    Plaintiffs,

v.

JEFF CREAR, et al.,

    Defendants.

Case No. 19-cv-00687-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 16, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  July 17, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 28, 2020.

DESIGNATION OF EXPERTS: March 20, 2020; REBUTTAL: April 3, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 1, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 15, 2020;
    Opp. Due: May 29, 2020; Reply Due: June 5, 2020;
    and set for hearing no later than June 19, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 28, 2020 at 3:30 PM.

JURY TRIAL DATE: August 10, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties will participate with the underlying state court proceeding in a global mediation session in late June 2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 5/10/19

                                          SUSAN ILLSTON
                                          United States District Judge